IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                        Civ. No. 14-862 KG/KBM

1999 PLYMOUTH PROWLER CONVERTIBLE
VIN: 1P3EW65G7XV503275,

    Defendant,

and

ESTATE OF JOHN AARON HOOD,

    Claimant.

## CERTIFICATE OF REASONABLE CAUSE

    This matter, having come before the Court on the United States' Motion for 28 U.S.C. § 2465 Certificate of Reasonable Cause (Doc. 9), the Court having read the Motion and being fully advised in the premises, finds that reasonable cause existed for the arrest of the Defendant vehicle in this case.

    IT IS THEREFORE ORDERED that this Certificate of Reasonable Cause be entered.

_____
UNITED STATES DISTRICT JUDGE