IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                 Civ. No. 14-862 KG/KBM

1999 PLYMOUTH PROWLER CONVERTIBLE
VIN: 1P3EW65G7XV503275,

    Defendant,

and

ESTATE OF JOHN AARON HOOD,

    Claimant.

## DEFAULT JUDGMENT AND ORDER OF FORFEITURE

This matter having come before the Court on the United States' Amended Motion for Default Judgment (Doc.17) pursuant to Fed. R. Civ. P. 55(b)(2), the Court having reviewed the Motion and other material matters on file and being fully advised in the premises,

FINDS:

    1. the statements contained in the Amended Praecipe (Doc. 16) are true;

    3. the statements contained in the Clerk's Entry of Default (Doc. 18) and the Amended Motion for Default (Doc. 17) are true; and

    4. this Court has jurisdiction over the parties and subject matter jurisdiction over this action and the power to enter this Default Judgment and Order of Forfeiture.

The Estate of John Aaron Hood and all unknown Claimants are in Default.  It is, therefore, ORDERED that all right, title and interest in the Defendant Vehicle 1999 Plymouth

Prowler Convertible VIN: 1P3Ew65G7Xv503275 are forfeited to the United States and title thereto is vested in the United States.

_____
UNITED STATES DISTRICT JUDGE